UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For a Petty Offense)-- Short Form |
| ELISABETH A. KENNEDY | CASE NUMBER: 3:08mj47/MD |
| | Randall Lockhart |
| | Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One, Two and Three

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34(1) | Driving With Suspended License Without Knowledge | 11/9/07 | One |
| 18 U.S.C. §§ 7 & 13 and FSS 316.646 | Failure to Provide Proof of Insurance | 11/9/07 | Two |
| 18 U.S.C. §§ 7 & 13 and FSS 320.261 | Attach tag not assigned | 11/9/07 | Three |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid no later than May 21, 2008.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 15.00 | $ 180.00 | $ 0.00 |

Date of Imposition of Sentence - 2/22/08

_____
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 2-22-08